IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:  **2:19–cr–00168-BHH** |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALICE ROSE** | ) | **ORDER DISMISSING INDICTMENT** |

And now, this __8th__ day of February, 2023, the within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal No.: 2:19–cr–00168-BHH against the Defendant, ALICE ROSE, be and the same is hereby dismissed without prejudice.

*Bruce H. Hendricks*
BRUCE H. HENDRICKS
UNITED STATES DISTRICT JUDGE

Charleston, SC